IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50162
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRISPIN SALAIS-VELAZQUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-98-CR-1121-ALL-H)
_____

September 8, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Crispin Salais-Velazquez moves to withdraw as appellate counsel and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738 (1967). Counsel addresses only the sentence adjudged against Salais. Salais was convicted on a guilty plea of illegal reentry following deportation in violation of 8 U.S.C. section 1326. He has not filed a response.

Salais directed his counsel to appeal only his sentence. Our

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion to withdraw is GRANTED; counsel is excused from further responsibilities herein; and the appeal is DISMISSED. 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED